**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 472 EAL 2014 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| | : |
| CLYDE PATRICK, | : |
| | : |
| Petitioner | : |

**<u>ORDER</u>**

**PER CURIAM**

     **AND NOW**, this 2nd day of March, 2015, the Petition for Allowance of Appeal is

**DENIED**.